## James A. Smith vs. Edwin Skinner & Sardis Allen.

A plaintiff will be permitted to discontinue, without costs, where it appears he had no notice of the defendant's application or discharge in bankruptcy, and was ignorant thereof until after suit was commenced.

*Motion by plaintiff for liberty to discontinue this suit, without costs.*—

Suit brought to recover the amount of a bill of oil sold to defendants in 1842. In the fall of 1844, plaintiff commenced this suit. The defendants pleaded their bankrupt discharge under the United States bankrupt law, passed 1841. Plaintiff had never received any notice of defendants' application for a discharge in bankruptcy, and never had any information they had been discharged, until after they had pleaded in this suit.

 F. S. KINNEY, *Plff's Counsel.*  KINNEY & TOWNSEND, *Plff's Attys.*

 N. HILL Jr., *Defts Counsel.*  N. BENNETT, *Defts Atty.*

BEARDSLEY, Justice.--- Granted the motion, on the ground that plaintiff had not received any notice of defendants' application or discharge in bankruptcy, and was ignorant thereof until after the suit was commenced.

 Motion granted.